UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2802
_____

GREGORY JANICKI,
                               Appellant

v.

WASHINGTON TOWNSHIP BOARD OF EDUCATION, 2019-MARCH 2022;
JOSEPH N. BOLLENDORF; SHAWNEQUA CARVALHO; PAUL ESPOSITO;
VIRGINIA MURPHY; CANDACE ZACHOWSKI; DANIELLE HALPIN;
KAREN GARRISON; RENEE POLLARD; RAYMOND DINOVI; JULIE KOZEMPEL;
JANINI WECHTER; BRIAN ELLIS; ELAYNE CLANCY; CONNIE BAKER;
NATALIE BEURY; STACEY DIMEO; KATHLEEN GALLINARO;
JONATHAN STROUT; JOSEPH BETLEY
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. Civil Action No. 1:22-cv-04389)
District Judge: Honorable Karen M. Williams
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 6, 2025

Before: HARDIMAN, MONTGOMERY-REEVES, and CHUNG, <u>Circuit Judges</u>
_____

**JUDGMENT**
_____

     This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on June 6, 2025. On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the judgment of the District Court entered September 20, 2024, be and the same is hereby affirmed. Costs taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 10, 2025